THE CORPORATION OF FREDERICK SCHOLES, Appellant, v. THEODORE FICKE WAREHOUSES, INC., Respondent.— Order denying motion to strike out defendant's answer and for judgment on plaintiff's claim affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

STANLEY M. Cox and W. HAROLD VAN TUYL, Copartners, etc., Respondents, v. OLIVE E. SPEDICK, Defendant, Impleaded with HARRY R. SPEDICK, Appellant. — Order of the County Court of Nassau county denying motion for judgment dismissing amended complaint [as to Harry R. Spedick] affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

JOSEPH R. DE LA TORRE BUENO, Respondent, v. CECILIA DE LA TORRE BUENO, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

JOSEPHINE R. FULTON, Respondent, v. THE SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.— Order of the Appellate Term unanimously affirmed, with costs. No opinion. Present — Rich, Manning, Kelby, Young and Kapper, JJ.

CHARLES H. GLASS and Another, Appellants, v. HAVEN HOMES, INC., Respondent.— Order modified by directing that defendant serve an amended answer within five days, containing a modification of the denials of the answer to comply with the admissions made in the affidavit of George W. Smyth, submitted on behalf of the defendant. The order is also modified by striking out the provision for costs against the plaintiffs. As thus modified the order is affirmed, without costs. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

LILLIAN GROSS, by ANNA ALTMAN, Her Guardian ad Litem, Respondent, v. MAX BAKST and Others, Defendants, Impleaded with CHARLES W. JENSEN, Appellant.— Order denying motion to vacate and set aside notice of examination of defendant before trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur. Settle order on notice fixing time and place of examination.

FREDERICK HAYWARD, Respondent, v. FREDERICK R. MEEKS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

BENJAMIN HERSCHMAN and Others, Appellants, v. HARRY FISCHER, Doing Business as EUREKA KNITTING MILLS, Respondent.— Upon reargument, order of reversal modified by adding thereto the following: " and the order of the Special Term denying said motion for a new trial, with costs, is modified by eliminating from said order the provision imposing costs against plaintiff." [See ante, p. 629.] Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

In the Matter of the Application of MARY MARGARETHA LANG HECHLER, Appellant, to Revoke Letters of Administration Issued to MARIE HECHLER, Respondent, on the Estate of HERMAN HECHLER, Deceased.— Decree of the Surrogate's Court of Nassau county affirmed, with costs. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

MARY E. KELLER, Appellant, v. WILLIAM H. KELLER, Respondent.— Order striking out portion of complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.